

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-11-00081-CV

_____


IN THE MATTER OF THE MARRIAGE OF
CHRISTINE RUTH SLANKER AND TED EUGENE SLANKER, JR.,
AND IN THE INTEREST OF T.L.S., A CHILD


On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. 77863


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Ted Eugene Slanker, Jr., has appealed ostensibly[1] from the trial court's denial of his motion to enforce a judgment nunc pro tunc, related to the property division ordered in the divorce proceeding between Ted and Christine Ruth Slanker. The divorce and property division have been the subject of a separate appeal to this Court, which appeal has now been decided.

Because we have now decided the other appeal, by reversing and remanding the property division for a new trial, there remains no judgment to enforce. A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings, including the appeal. *Allstate Ins. Co. v. Hallman*, 159 S.W.3d 640, 642 (Tex. 2005).

We dismiss this appeal as moot.

Josh R. Morriss, III
Chief Justice

Date Submitted:     December 19, 2011
Date Decided:       December 20, 2011

---

[1]Counsel's discussion of the relief sought in this appeal appears to seek relitigation of the division of property, based on allegations that appellee lied or misstated facts at trial and that the trial court erred in determining where a particular sum of money had been deposited. The discussion is not directed at the issue stated in the brief. The brief also contains no argument directed at the stated issue and no citation to any supporting authority, in violation of Rule 38 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.